**DISMISS and Opinion Filed July 24, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00212-CR**

**JERROD AINSWORTH, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-83956-2023**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Smith

A jury convicted Jerrod Ainsworth of assault causing bodily injury of a family member. The Court now has before it appellant's signed motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). We grant appellant's motion to dismiss this appeal.

/Craig Smith/

Do Not Publish
Tex. R. App. P. 47.2(b)
240212F.U05

CRAIG SMITH
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JERROD AINSWORTH, Appellant

No. 05-24-00212-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1, Collin County, Texas Trial Court Cause No. 001-83956-2023. Opinion delivered by Justice Smith. Justices Molberg and Carlyle participating.

Based on the Court's opinion of this date, based on the Court's opinion of this date, this appeal is dismissed.

Judgment entered July 24, 2024.